UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED FEB 15 2000

LORETTA G. WHYTE
CLERK

MARK JOSEPH CASTANEL #107752                CIVIL ACTION

VERSUS                                       NO. 00-0146

STATE OF LOUISIANA                           SECTION LLM

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

[✓] the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ] the motion is MOOT; the party was previously granted pauper status.

[ ] the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

[ ] the motion is DENIED as MOOT; the filing fee has already been paid.

[ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

New Orleans, Louisiana, this 15th day of Feb., 2000.

*Lansing L. Mitchell*
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 1 8 2000

Doc. No. 2