FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 20 P 3:55

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK JOSEPH CASTANEL #107752** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0146** |
| **STATE OF LOUISIANA** | **SECTION LLM** |

\* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME**

\* \* \* \* \* \* \* \* \*

NOW INTO COURT, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due March 20, 2000.

2. Due to counsel's unusually heavy caseload, additional time is required to prepare a response in this matter.

3. Undersigned counsel requested a copy of the State court record but has not received it. A copy of the letter requesting the record is attached to this motion.

DATE OF ENTRY

MAR 27 2000

1

4. Undersigned counsel is unaware of any opposition to this extension.

WHEREFORE, respondent respectfully requests an additional twenty days (20) from the original return date, or until the 10th day of April, 2000, in which to file a response in this matter.

Respectfully submitted,

_____
CATE L. BARTHOLOMEW, BAR# 24956
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA  70119
Telephone:  (504) 822-2414

<u>O R D E R</u>

IT IS ORDERED that respondent herein be granted an extension of ~~\_\_ day(s)/ for~~ *han* until the *10th* day of *April*, 2000 in which to file a response in the captioned matter.

*Lansing L. Mitchell*
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This *23rd* day of March, 2000,

New Orleans, Louisiana.