```
```

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 28 P 4: 41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**MARK JOSEPH CASTANEL # 107752**              **CIVIL ACTION**

**VERSUS**                                      **NO. 00-0146**

**STATE OF LOUISIANA**                          **SECTION LLM**

## MOTION FOR THIRD EXTENSION OF TIME

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a response for the following reasons:

1. Respondent's response is due April 28, 2000.

2. Despite timely and repeated requests the Clerk of Court, for the Orleans Parish Criminal District Court, has been unable to provide the Office of the District Attorney with duplicate state court records of petitioner's convictions. Undersigned counsel has spoken with the supervisor of records for the Clerk and been informed that personnel shortages have resulted in a backlog of cases to be duplicated both for this court and the Louisiana Fourth Circuit Court of Appeal. Respondent was informed that the clerk is working as diligently as possible to comply with all record requests.

3. Further compounding the problem, two senior assistant district attorneys assigned to the District Attorney Appeals Division have resigned in the last several weeks. As of the due date of this response only one of these attorneys has been replaced. Undersigned counsel would note that the Orleans District Attorney gives the highest priority

DATE OF ENTRY

MAY - 3 2000

1



to timely complying with this court's orders to respond to habeas petitions. However, the district attorney is not the custodian of state court records, and this office must rely on other state agencies to provide records. Moreover, the sheer bulk of the workload required of the attorneys assigned to the appellate division results in requests for extensions. By way of reference respondent would note for the court that when fully staffed the Orleans Appellate Division has seven attorneys assigned to handle state appeals, writs, federal habeas petitions, post-conviction evidentiary hearings, in house research, and other special projects as assigned. Due to medical absences and resignations the Appeals Division was staffed by only six attorneys for the bulk of 1999. In 1999 the Orleans Appeals Division filed 548 briefs in local state and federal courts. This is an average of 78 briefs for each of the seven appellate positions. In reality, because of resignations, the four appellate attorneys who were employed as appellate attorneys for most of 1999 filed an average of 90 briefs each. The point in noting this information is to emphasize to the court that extensions of time are not lightly requested by this office. Respondent assures the court that every effort is made to timely comply with this court's orders to respond to habeas petitions.

4. Respondent is unaware of any opposition.

**WHEREFORE**, respondent respectfully requests an additional 20 (20) days from the present due date, or until May 18th within which to file a response in this matter.

Respectfully submitted,

_____
Val M. Solino, Bar No. 1610
Assistant District Attorney
619 South White Street
New Orleans, Louisiana 70119
Tele: 504-822-2414

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK JOSEPH CASTANEL # 107752** | CIVIL ACTION |
| **VERSUS** | NO. 00-0146 |
| **STATE OF LOUISIANA** | SECTION LLM |

**O R D E R**

**IT IS ORDERED** that respondent herein be granted an extension of *20* _____ day(s), or until the *18th* day of *May* 2000, within which to file a response in the captioned matter.

*Lansing L. Mitchell*
LANSING L. MITCHELL
UNITED STATES DISTRICT JUDGE
United States District Court
Eastern District of Louisiana

This *2d* day of *May*, 2000.
New Orleans, Louisiana.