

**MINUTE ENTRY**
**MITCHELL, J.**
**MAY 18, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK JOSEPH CASTANEL #107752** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0146** |
| **STATE OF LOUISIANA** | **SECTION "LLM"** |

This matter is before this Court on the oppositions of petitioner, Mark Joseph Castanel, to respondent's second and third motions for extensions of time. The Court has carefully reviewed respondent's motions and the reasons in support thereof, and has determined that respondent has good and sufficient cause to request these extensions of time. Therefore, petitioner's two oppositions to respondent's second and third motions for extension of time are hereby **DENIED**.

DATE OF ENTRY
MAY 19 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No  11