UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED OCT - 3 2000

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

N O T I C E

PURSUANT TO AN ORDER OF COURT, THE FOLLOWING "LLM" CIVIL CASES
ARE ASSIGNED TO THE SECTIONS OF COURT NOTED BELOW

| CASE NO. | TITLE | SECTION ASSIGNED TO: |
|---|---|---|
| 69-2443 | Hamilton, et al v. Schiro | R (5) |
| 97-1338 | Johnson v. Atty Gen St of LA | K (6) |
| 98-1585 | Jones v. Cain | L (6) |
| 98-3787 | Sylvest v. Lovell | J (5) |
| 99-3320 | Rivarde v. SSA | S |
| 99-3321 | Evans v. SSA | B |
| 99-3438 | Baker, et al v. SSA | C |
| 99-3453 | Walker v. SSA | T |
| 99-3874 | Atkins v. SSA | F |
| 00-0001 | Snyder v. SSA | D |
| 00-0087 | Swan v. SSA | G |
| 00-0089 | Francois v. SSA | N |
| 00-0139 | Drake v. SSA | J |
| 00-0146 | Castanel v. Louisiana State of | L |
| 00-0323 | Hall v. SSA | S |
| 00-0375 | Young v. SSA | B |
| 00-0635 | Robair v. SSA | F |
| 00-0654 | Buras v. SSA | G |
| 00-0697 | Plains v. SSA | N |
| 00-0705 | Allen v. HHS | K |
| 00-0744 | Chenier v. SSA | R |
| 00-1301 | Simmons v. SSA | T |

___ Fee
___ Process
X   Dktd
___ CtRmDep
Doc.No. 73

| CASE NO. | TITLE | SECTION ASSIGNED TO: |
|---|---|---|
| 00-1315 | Price v. SSA | C |
| 00-1548 | Jones v. SSA | S |
| 00-1557 | Baker v. SSA | R |
| 00-1600 | McKnight v. SSA | T |
| 00-1605 | Use v. SSA | G |



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the clerk of court allot the cases on the attached list proportionally to the active judges of this court.

The Social Security cases will be retained by the allotted judges and not referred to the magistrate judges.

New Orleans, Louisiana, this _2_ day of ___Oct___, 2000.

A.J. McNamara, Chief Judge