```
        FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2000 OCT 25 PM 1:11

    LORETTA G. WHYTE
         CLERK
```

MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 24, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK JOSEPH CASTANEL | CIVIL ACTION |
| VERSUS | NO. 00-146 |
| STATE OF LOUISIANA | SECTION "L" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiff's Motion for Issuance of a Subpoena Duces Tecum

O R D E R E D:

__XXX__ :   DENIED as unnecessary. In response to the Court's previous order, respondent has provided the Court with a copy of the state court records necessary for review of the above-captioned petition for writ of habeas corpus. Record Doc. Nos. 3 and 12.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 2 5 2000

Fee_____
Process___
X Dktd___
CtRmDep___
Doc.No.__16