

MINUTE ENTRY
FALLON, J.
December 14, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK J. CASTANEL | CIVIL ACTION |
| VERSUS | NO. ~~00-1416~~ 00-146 |
| STATE OF LOUISIANA | SECTION: L |

The Court is in receipt of the Written Objection and Request for Thirty Day Extension in Order to File Pursuant to 28 USC 636(c)(4); Rule 73(d); Rule 74 Fed.Civ.P., filed by the plaintiff on December 13, 2000. Said objection being timely filed, this matter is hereby TAKEN UNDER SUBMISSION.

DATE OF ENTRY
DEC 15 2000