MINUTE ENTRY
FALLON, J.
DECEMBER 27, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK J. CASTANEL | CIVIL ACTION |
| VERSUS | NO. 00-0146 |
| STATE OF LOUISIANA | SECTION "L" (2) |

    Before the Court is petitioner's filing styled as Written Objection and Request for Thirty-Day Extension in Order to File Pursuant to 28 U.S.C. § 636(c)(4); Rule 73(d); and Rule 74 Fed. Civ. P. Petitioner requests that this Court grant an order of written objection from a Magistrate Judge to a District Judge. The Court will treat this as a request under 28 U.S.C. § 636(c)(4) which allows a court, "for good cause shown on its own motion, or under extraordinary circumstances shown by any party, [to] vacate a reference of a civil matter to a magistrate."[1]

    However, this case is not referred to the Magistrate Judge for final adjudication. Any objections raised by the petitioner to Magistrate Wilkinson's Report and Recommendation will

---

[1] Petitioner also refers to Federal Rule of Civil Procedure 74, "Method of Appeal From Magistrate Judge to District Judge Under Title 28, U.S.C. § 636(c)(4) and Rule 73(d)" and Federal Rule of Civil Procedure 73(d), "Optional Appeal Route " in the title of his pleading. Both of these rules were abrogated on April 11, 1997, and are no longer in effect.

be reviewed by the District Court Judge. *See* 28 U.S.C. § 636 (b)(1)(C). The District Court Judge has the discretion to "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." *See id.* Therefore, the petitioner's request that the referral of this matter to a Magistrate Judge be revoked is inappropriate and is, therefore, DENIED.

Petitioner seeks an extension of time of 30 working days from his receipt of this minute entry to file objections to the Report and Recommendation. Because the Court must have a deadline by which to rule on any objections that the petitioner may have, the Court cannot grant an extension of 30 days from petitioner's receipt of this minute entry. Instead, IT IS ORDERED that petitioner's request for an extension of time is GRANTED and that any objections to the Report and Recommendation SHALL be filed within 30 days of entry of this minute entry.

Finally, the petitioner requests that his pleadings be held to less stringent standards than formal pleadings drafted by lawyers pursuant to the Supreme Court's holding in *Haines v. Kerner*, 404 U.S. 519 (1972). The holding in *Haines v. Kerner* is applicable to pleadings in pro se cases; no special order is required from this Court for the rule in *Haines* to apply to any objections that the petitioner files. Therefore, this request is DENIED AS MOOT.