FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -1 PM 12: 11
FEB 0 1 2001

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 31, 2001**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK J. CASTANEL | CIVIL ACTION |
| VERSUS | NO. 00-0146 |
| STATE OF LOUISIANA | SECTION "L" (2) |

### ORDER

Before the court is Petitioner's "Motion for Appointment of Counsel." There is no constitutional right to counsel in a habeas corpus proceeding. **Pennsylvania v. Finley**, 481 U.S. 551, 555 (1987). Moreover, review of petitioner's request for relief filed pursuant to 28 U.S.C. §2254 does not reveal any complex legal issues which would warrant appointment of counsel under 18 U.S.C. §3006(A)(a)(2)(B).

Accordingly, **IT IS ORDERED** that petitioner's motion for appointment of counsel is **DENIED**.

On January 2, 2001, this Court entered an Order granting Petitioner a 30 day extension of time to file any objections to the Report and Recommendation entered by the Magistrate Judge in this matter. Because the Court has now also denied Petitioner's request for appointment of counsel, IT IS ORDERED that Petitioner SHALL Be granted a further extension of time until March 1, 2001 to file any objections to the Report and Recommendation in this case.

DATE OF ENTRY
FEB 1 2001

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
Doc. No._____