U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 23 2001

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MARK JOSEPH CASTANEL, #107752      CIVIL ACTION

VERSUS      No. #00-0146

STATE OF LOUISIANA      SECTION: L(2)

* * ADDENDUM TO THE RECORD * *

**PLEASE TAKE NOTICE,** that petitioner Mark Joseph Castanel, requests to add to the record pursuant to rules of evidence for the United States Courts & Magistrates, rule 401, Article IV **"Relevant Evidence"**. Which state: Evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.* Further petitioner submits this addendum to the record pursuant to Article V, Rule 501 which states In civil actions and proceedings, with respect to an element of a claim or defense as to which State law supplies the rule of decision, the privilege of a witness,person,government,State, or political subdivision thereof shall be determined in accordance with State law.

---

*Federal Criminal Code & Rules, 2000 edition, West Group page 241, Artcile IV, Rule 401; Article V, Rule 501.

1



Louisiana's law pertaining to relevant evidence is found within LSA-C.E.Art.1001(1)* in this matter.

Petitioner asserts pursuant to the best evidence rule as decided in; **In re Sol Bergman Estate Jewelers, Inc., 225 B.R. 896, 6th Cir.BAP(Ohio) 1998.** The best evidence rule ordinarily requiers proponent of documentary evidence to produce the original of such evidence for the court.* Furhter there is no general rule that proof of a fact will be excluded unless its proponent furnishes the best evidence in his or her power. **Simas v. First Citizens' Federal Credit Union, 170 F.3d 37.**

Therefore in accordance to the supra, petitioner submits the original document entitled, "memorandum" from **C.Paul Phelps Correctional Center's Records Analysis Ms/Mrs. Melinda Smith.** This memorandum bears Louisiana's state seal; Governor Honorable M.J. Foster,Jr., & Richard L. Stalder of the department of corrections. This is the official stationary of the department of corrections. The context of this memorandum clearly explain that petitioner's probation was **"NEVER"** revoked.

Petitioner avers that this statement from prison officials further illustrate his double jeopardy claim as cited within petitioner's original habeas under section "A", Ground One. Petitioner's origianl remedial writ concerning his motion to correct an illeagal

---

\* Louisiana Code of Evidence Article 1001(1)

2

sentence, see pages 4-8; petitioner's original Post-Conviction; the States' Record Volunme 2 concerning the multiple bill hearing of September 18, 1984.

Lastly, the exhaustion requirement is satisfied only when the grounds urged in a federal petiton were previously presented to the State's highest court in a procedurally proper manner. **Depuy v. Butler, 837 F.2d 699, 702 (5th Cir.1988).**

**WHEREFORE,** in light of this new developement concerning petitioner's double jeopady claim from prison officials; petitioner requests an evidentary hearing pursuant **28 U.S.C. §636(b)(1) & C.**

Mark J. Castanel, #107752
Dorm: HC-2, P.O.Box 1056
Phelps Corr. Ctr.
DeQuincy, Louisiana 70633

3

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MARK JOSEPH CASTANEL, #107752                CIVIL ACTION

VERSUS                                        No. #00-0146

STATE OF LOUISIANA                            SECTION: L(2)

\* \* ORDER \* \*

It is hereby ordered that the motion of addendum to the record be granted and filed within case number **CV-00-0146** on the next available motion hearing court calendar date.

_____
Honorable Judge E.E. Fallon
United States District Judge
United States District Court,
Eastern District of Louisiana

This_____day of_____,20001

New Orleans, Louisiana

## Certificate of Service

I hereby certify that a copy of the foregoing motion has been served upon the respondent by mailing a copy, postage pre-paid to:

>Val M. Solino, Bar No. #1610
>Assistance District Attorney
>619 Sounth White Street
>New Orleans, Louisiana 70119

This 21 st day of May 2001
DeQuincy, Louisiana

                                            *Mark J. Castanel* (signature)
                                            Mark J. Castanel

**DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS**

M. J. "MIKE" FOSTER, JR., GOVERNOR



RICHARD L. STALDER, SECRETARY

To: Mark Castanel  107752
    HC-2

Re: Your Correspondence received 05/03/01

As discussed yesterday, records reflect that your probation case (Orleans 283466) was **never** revoked; And further, it was closed - full term - on 09/08/84. As such, there are no revocation hearing documents that can be provided.

*M. Smith*

Melinda Smith
Records
05/11/01