UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
                                      FILED
                               U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2001 JUL -6 PM 12:00
                                  JUL 0 6 2001
                                LORETTA G. WHYTE
                                     CLERK
```

| | |
|---|---|
| MARK JOSEPH CASTANEL | CIVIL ACTION |
| VERSUS | NO. 00-146 |
| STATE OF LOUISIANA | SECTION: L |

## JUDGMENT

Considering the Court's Minute Entry entered herein on July 5, 2001, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, the State of Louisiana, and against plaintiff, Mark Joseph Castanel, dismissing said plaintiff's Petition for Writ of Habeas Corpus with prejudice.

New Orleans, Louisiana, this 5th day of July, 2001.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 6 2001